No. 534. AMERICAN SURETY Co. *v.* COVE IRRIGATION DISTRICT. December 1, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Sterling M. Wood* for petitioner. *Mr. Horace S. Davis* for respondent.

No. 526. APOLLO STEEL Co. *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE.

December 1, 1930. *Per Curiam:* The petition for a writ of certiorari herein is denied because of failure to file the petition within the time prescribed by the statute. *Mr. Paul Armitage* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Sewall Key, John MacC. Hudson,* and *W. Marvin Smith* for respondent.

No. 499. THOMAS *v.* GEORGIA. S. c., *ante,* p. 806.

No. 500. PETTY *v.* GEORGIA. S. c., *ante,* p. 807.

No. 506. BAKER *v.* NEW MEXICO. S. c., *ante,* p. 807.

No. 538. COLLEGE SILK THROWING Co. *v.* AMERICAN CREDIT INDEMNITY Co. December 8, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Walter J. Rosston* for petitioner. *Mr. Frederic M. P. Pearse* for respondent.

No. 551. LEITCH ET AL. *v.* CHICAGO ET AL. December 8, 1930. Petition for writ of certiorari to the Circuit